No. 97–1712. In re O'Regan. C. A. 7th Cir. Certiorari denied.

No. 97–1715. Bevard v. Farmers Insurance Exchange. C. A. 9th Cir. Certiorari denied.

No. 97–1725. Member Services Life Insurance Co., dba Member Service Administrators, as Third Party Administrator of the Liberty Glass Co. ERISA Qualified Employee Benefit Plan v. American National Bank & Trust Company of Sapulpa, Guardian, et al. C. A. 10th Cir. Certiorari denied.

No. 97–1726. Criffield v. United States. C. A. Armed Forces. Certiorari denied.

No. 97–1729. Titus et al. v. Guzzey. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 97–1753. Sanchez v. United States. C. A. 11th Cir. Certiorari denied.

No. 97–1770. Yen v. National Labor Relations Board et al. C. A. 2d Cir. Certiorari denied.

No. 97–7320. Thompson v. United States. C. A. 7th Cir. Certiorari denied.

No. 97–7948. Staton v. United States. C. A. 4th Cir. Certiorari denied.

No. 97–7997. Smith-Stewart v. United States. C. A. 5th Cir. Certiorari denied.

No. 97–8016. Nobles v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 97–8026. Ledesma Aguilar v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 97–8341. Williams v. Moore, Director, South Carolina Department of Corrections, et al. C. A. 4th Cir. Certiorari denied.